[178 Misc. 962.]

In the Matter of HARRY GILBERT, Petitioner. ERNEST H. COLE, as Commissioner of Education of the State of New York, et al., Respondents.—

All concur.

WILLIAM S. EVERTS, Respondent, v. GEORGE EVERTS, Appellant, et al., Defendants.—

All concur.